STATE v. FOWLER

No. 105 PC.

Case below:　1 N.C. App. 438.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

STATE v. HUFFMAN

No. 11 PC.

Case below:　7 N.C. App. 92.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 February 1970.

STATE v. LEWIS

No. 37.

Case below:　7 N.C. App. 178.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied and purported appeal as of right dismissed 3 March 1970.

SUTTON v. DUKE

No. 13 PC.

Case below:　7 N.C. App. 100.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 3 March 1970.